UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUNT WHITNEY INVESTMENTS LLLP,

      Plaintiff,

– against –

GOLDMAN MORGENSTERN & PARTNERS
CONSULTING, LLC, MANFRED RITTER,
and STEFAN ELSTERMAN,

      Defendants.

**ORDER**

15 Civ. 4479 (ER) (GWG)

Ramos, D.J.:

  On April 9, 2019, the parties were directed to provide a status report by April 23, 2019. Doc. 127. Neither party did so. The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

  SO ORDERED.

Dated: April 6, 2020
    New York, New York

                Edgardo Ramos, U.S.D.J.